UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MELISSA ACEVEDO, et al., :
:
                Plaintiffs, :
: 16 Civ. 9739 (RMB)
   - against - :
: **ORDER**
ABCZ CORP., et al., :
:
                Defendants. :
------------------------------------------------------------x

      In light of the Court's July 27, 2018 order approving the settlement agreement in this case, as well as Plaintiffs' counsel's February 2, 2021 letter stating that the settlement amount has been "paid in full," the Clerk is directed to close this case.

Dated:  New York, New York
         June 16, 2022

                                         _____
                                            **RICHARD M. BERMAN**
                                                  U.S.D.J.